UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN T. THOMAS, | : | Case No. 1:16-cv-793 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| RON ERDOS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 11)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 2, 2016, submitted a Report and Recommendations.  (Doc. 11).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly, Plaintiff's First Amendment, right to petition the government/access the courts claims against Defendants Noland, Oppy, Mahlman, Erdos, Miller, and the Chief Inspector; and Plaintiff's claim regarding the loss of his personal property against

Dawson; and his Eighth Amendment claims against Holbrook are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

    **IT IS SO ORDERED**.

Date:  12/5/16                                             *s/ Timothy S. Black*
                                                                           Timothy S. Black
                                                                           United States District Judge