UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JONATHAN THOMAS,
Plaintiff,

Case No. 1:16-cv-793
Black, J.
Litkovitz, M.J.

vs.

RON ERDOS, et al.,
Defendants.

**ORDER**

Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF), brings this action under 42 U.S.C. § 1983 for violations of his civil rights. This matter is before the Court on defendants' motion to stay discovery until after defendants have submitted a responsive pleading. (Doc. 23).

The Court will grant defendants' motion to stay discovery for good cause shown. The Court granted plaintiff leave to supplement his complaint on January 17, 2017, and gave him 14 days to submit copies of his original and supplemental complaints and process forms for the newly-named defendants. (Doc. 19). The Court gave defendants 45 days to file a response to the complaint as supplemented. (*Id.*). The District Judge subsequently entered an Order which construes portions of plaintiff's objections to a Report and Recommendation as a motion to amend the complaint to (1) remove references to Officer Rogers and Ms. Distel/Destel from his supplemental complaint, and (2) add Officer Scott as a defendant. (Doc. 24). The Order gave plaintiff an additional 14 days from February 1, 2017, to submit copies of his original and supplemental complaints and process forms for any defendant added in the supplemental complaint (as modified by plaintiff's requests and the Order). (*Id.*). Because plaintiff has only recently named the correct defendants and has been granted additional time to perfect service, a

stay of discovery until after the deadline for submitting a responsive pleading has expired is warranted.

Defendants' motion to stay discovery (Doc. 23) is **GRANTED**. Discovery is **STAYED** pending further order of the Court.

**IT IS SO ORDERED**.

Date: 2/2/17

Karen L. Litkovitz
United States Magistrate Judge